UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>            Plaintiff,                                  )<br>                                                              )<br>v.                                                            )<br>                                                              )<br>                                                              )<br>TEREZ MONTAVIOUS PIPPINS,      )<br>            Defendant.                              ) | Case No.<br>1:23-cr-00125-MHC-RGV |

## DEFENDANT'S MOTION TO WITHDRAW MOTIONS

Mr. Pippins now withdraws the following motions and asks that they not be considered by the Court:

1. Motion to suppress pole camera evidence (Doc. 377)
2. Motion to suppress evidence recovered from Flock Safety automated license plate reader technology (doc. 380)

Respectfully submitted this 13th day of January 2024.

*s/Saraliene S. Durrett*
SARALIENE S. DURRETT
1800 Peachtree Street
Suite 300
Atlanta, GA 30309
(404) 433-0855
ssd@defendingatl.com